UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIO PINEDA, on behalf of himself and all others similarly-situated,<br><br>Plaintiff,<br><br>-against-<br><br>JOBCO INCORPORATED, and COMMERCIAL CONTRACTING SERVICES INC., and JAIME DELAHUNT, individually,<br><br>Defendants. | **Civil Action No.: 20-cv-5321 (JMA)(SIL)** |

# NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE <u>CLASS ACTION SETTLEMENT</u>

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement, and the Declaration of Jeffrey R. Maguire ("Maguire Decl."), and the exhibits attached thereto, both filed contemporaneously herewith, Plaintiffs, on consent of Defendant Jobco, respectfully request that the Court:

(1) preliminarily approve the proposed Settlement Agreement, annexed to the Maguire Decl. as **Exhibit A**;

(2) approve the proposed Notice of Pendency of Class Action Settlement, attached to the Maguire Decl. as **Exhibit B**, the proposed Claim Form and Release ("Claim Form"), attached to the Maguire Decl. as **Exhibit C**, and approve the claims procedure detailed in the Settlement Agreement;

(3) certify, for settlement purposes only, the two overlapping settlement classes under Federal Rule of Civil Procedure 23(a) and (b)(3), and under 29 U.S.C. § 216(b);

(4)     appoint Named Plaintiff Julio Pineda as the Class Representative for both Classes;

(5)     appoint Stevenson Marino LLP as Class Counsel;

(6)     appoint Arden Claims Service, LLC as the Claims Administrator for this settlement;

(7)     approve the Parties' proposed schedule for the filing of a motion for final approval, for Class Members to submit a Claim Form, opt out, or file objections to the proposed settlement, and schedule a Fairness Hearing; and

(8)     enter the Proposed Order attached as **Exhibit D** to the Maguire Decl.

Dated: New York, New York
May 20, 2021

Respectfully submitted,

_____
Jeffrey R. Maguire
Justin R. Marino
J.R. Stevenson
*Attorneys for Plaintiffs*
75 Maiden Lane, Suite 1821
New York, New York 10017
Tel. (212) 939-7229
jmaguire@stevensonmarino.com