UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JULIO PINEDA, on behalf of himself and all others
similarly-situated,

                    Plaintiff,

     -against-

JOBCO INCORPORATED, and COMMERCIAL
CONTRACTING SERVICES INC., and JAIME
DELAHUNT, individually,

                 Defendants.

**Docket No.: 20-cv-5321
(JMA)(SIL)**

**NOTICE OF MOTION FOR FINAL APPROVAL OF THE
CLASS ACTION SETTLEMENT**

       PLEASE TAKE NOTICE that upon the annexed Declaration of Jeffrey R. Maguire, and

the Declaration of Barry Peek of Arden Claims Service, LLC, and all exhibits annexed thereto,

and the Memorandum of Law submitted herewith, and upon all prior pleadings and proceedings

heretofore had herein, Named Plaintiff, Julio Pineda, will move this Court for an Order:

1) Granting final approval of the settlement for the Rule 23 and FLSA settlement classes in accordance with the parties' Settlement Agreement;

2) Authorizing the distribution of settlement checks to all Class Members who timely submitted a valid Claim Form and Release ("Claim Form"), representing their respective shares of the class settlement;

3) Awarding Service Awards to Named Plaintiff, Julio Pineda, and Opt-in Plaintiff, Jose Diaz, in the total amount of $10,000.00, for their work provided to secure the result on behalf of the Class Members;

4) Awarding attorneys' fees in the amount of $69,333.33, for legal services performed in prosecuting and settling the claims in this action, to Stevenson Marino LLP as Class Counsel;

5) Awarding $6,159.37 for costs and out-of-pocket expenses to Class Counsel;

6) Awarding $7,000.00 for claims administration fees and costs to Arden Claims Service LLC, the court-appointed Claims Administrator in this matter;

7) Providing for the release of all claims as specified in the Settlement Agreement by all Class Members who did not properly and timely opt-out of the settlement;

8) Dismissing this action against Defendants Commercial Contracting Services, Inc. and Jaime Delahunt without prejudice; and

9) Dismissing this action against Defendant, Jobco Incorporated, with prejudice, but with the Court's continued jurisdiction over the construction, interpretation, implementation, and enforcement of the parties' settlement, as well as over the administration and distribution of the settlement fund.

Dated: White Plains, New York
August 26, 2022

Respectfully submitted,

_____
Jeffrey R. Maguire
Stevenson Marino LLP
*Attorneys for Plaintiffs*
445 Hamilton Avenue, Suite 1500
White Plains, New York 10601
Tel. (212) 939-7229
jmaguire@stevensonmarino.com